Ignacio J. Hiraldo (State Bar No. 354826)
IJH LAW
1100 Town & Country Road Suite 1250
Orange, CA 92868
E: ijhiraldo@ijhlaw.com
T: 657.200.1403
Counsel for Plaintiff and Proposed Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA GREER, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PAPA MURPHYS INTERNATIONAL LLC,<br><br>　　　　　Defendant. | Case No.: 8:25-cv-00524-JWH-ADS<br><br>**NOTICE OF SETTLEMENT** |

　　　Plaintiff hereby gives notice that the Parties have reached a settlement with respect to Plaintiff's individual claim.

　　　Plaintiff and Defendant anticipate filing a Stipulation of Dismissal within thirty (30) days.

Dated: July 3, 2025

Respectfully submitted,

**IJH LAW**

By: /s/ Ignacio Hiraldo

Ignacio J. Hiraldo
State Bar No. 354826
1100 Town & Country Road
Suite 1250
Orange, CA 92868
E: ijhiraldo@ijhlaw.com
T: 657.200.1403

*Counsel for Plaintiff*