Ignacio J. Hiraldo (State Bar No. 354826)
IJH LAW
1100 Town & Country Road Suite 1250
Orange, CA 92868
E: ijhiraldo@ijhlaw.com
T: 657.200.1403
Counsel for Plaintiff and Proposed Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA GREER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PAPA MURPHYS INTERNATIONAL LLC,<br><br>Defendant. | Case No.: 8:25-cv-00524-JWH-ADS<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff and Defendant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this matter, with each party to bear their own costs and attorneys' fees.

Plaintiff's claims are dismissed with prejudice and the claims of the unnamed putative class members are dismissed without prejudice.

Dated: July 15, 2025

Respectfully submitted,

| **IJH LAW** | **GORDON REES SCULLY MANSUKHANI, LLP** |
|---|---|
| By: /s/ *Ignacio Hiraldo*<br>Ignacio J. Hiraldo<br>State Bar No. 354826<br>1100 Town & Country Road<br>Suite 1250<br>Orange, CA 92868<br>E: ijhiraldo@ijhlaw.com<br>T: 657.200.1403<br><br>*Counsel for Plaintiff* | By: /s/ *Aaron P. Rudin*<br>AARON P. RUDIN (SBN: 223004)<br>arudin@grsm.com<br>633 West Fifth Street, 52nd Floor<br>Los Angeles, CA 90071<br>Phone: (213) 576-5000<br>Facsimile: (213) 680-4470<br><br>*Attorney for Defendant,*<br>PAPA MURPHY'S INTERNATIONAL, LLC |